# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 14, 2025 **Time:** 2:26-2:36 PM (10 M) **Judge:** ARACELI MARTÍNEZ-OLGUÍN

**Case No.**: 24-cv-08650-AMO **Case Name:** Gliksman v. Healthline Media, LLC

**Attorney for Plaintiff:** Megan Shannon
**Attorney for Defendant:** Chirag Patel

**Deputy Clerk:** Jenny Galang **Reported by:** Ruth Levine Ekhaus

## PROCEEDINGS

Motion hearing re [21] Motion to Dismiss - Held.

Parties stated appearances. Oral arguments presented. The Court rules from the bench. Defendant's motion to dismiss is GRANTED with leave to amend. Plaintiff's amended complaint is due 28 days from today.