Elizabeth A. Fegan (CA Bar #355906)
FEGAN SCOTT LLC
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: 312.741.1019
Facsimile: 312.264.0100
beth@feganscott.com

Megan E. Shannon (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
megan@feganscott.com

*Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIEL GLIKSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHLINE MEDIA, LLC,<br><br>Defendant. | Case No.: 3:24-cv-08650-AMO<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S L.R. 3-12 ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Araceli Martínez-Olguín |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S L.R. 3-12 ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Pursuant to Civil Local Rule 3-12, Plaintiff Daniel Gliksman respectfully responds to Defendant's L.R. 3-12 Administrative Motion to Consider Whether Cases Should Be Related as follows:

Plaintiff agrees that *Rodriguez v. Healthline Media, LLC*, *et al.* (Case No. 4:25-cv-09823-HSG) is related to this case but clarifies that the *Rodriguez* case is fully subsumed by Plaintiff Gliksman's case. As pointed out by the Defendant, both cases allege a violation of CIPA § 638.51 and the *Rodriguez* plaintiff is a member of the *Gliksman* putative class. Dkt. No. 66 at 2. Additionally, Plaintiff Gliksman's Counsel was appointed Interim Class Counsel on June 16, 2025, and retains "sole authority over all matters concerning the prosecution of this case." Dkt. No. 36 at 1.

DATED: April 24, 2026

*/s/ Elizabeth A. Fegan*

Elizabeth A. Fegan (CA Bar #355906)
FEGAN SCOTT LLC
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Telephone: 312.741.1019
Facsimile: 312.264.0100
beth@feganscott.com

Megan E. Shannon (admitted *pro hac vice*)
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
megan@feganscott.com

*Interim Class Counsel*